# EXHIBIT 7



**Tuesday, October 27, 2020**  Login

Get Latest Flash Player

District Home | District Policies

You are here: **District Policies** > **Views** > **Selected Document - Read Only**

## Selected Document

**Section:** J   Students
**Policy Code:** JHCD   Free Speech
**Policy:**

FREE SPEECH

The Board of Trustees of the Simpson County School District recognizes a student's right to free speech provided it is exercised in a manner which is not prohibited by law nor disrupts the educational process.

LEGAL REF.:    MS CODE 37-11-55

Last Review Date: 3/10/2016
Review History: [3/10/2016]

**Exhibits:**

**Regulations:**

**References:**

**Original Adopted Date:** 6/24/2010          **Status:** Adopted
**Approved/Revised Date:** 2/13/2014          **Record Id:** 35997

District Home

Copyright 2014 by MSBA   |   Privacy Statement   |   Terms Of Use