# EXHIBIT 8

From: **Robert Sanders** <rsanders@simpson.k12.ms.us>
Date: Wed, Oct 14, 2020 at 3:14 PM
Subject: Re: Jesus Loves Me Mask
To: Jennifer Booth <jennibooth84@gmail.com>

Mrs. Booth,

Thank you for your email. I wanted to send you the document we discussed.

**Dr. Robert L. Sanders**
**Assistant Superintendent**
**Human Resources & Secondary Schools**

**Simpson County School District**
111 Education Lane
Mendenhall, MS 39114
601-847-8000 (phone)
601-847-8001 (fax)
rsanders@simpson.k12.ms.us (email)



Believe, Achieve, Succeed- Every Day!

On Wed, Oct 14, 2020 at 1:45 PM Jennifer Booth <jennibooth84@gmail.com> wrote:
Good evening,

I had a good friend of mine suggest I speak with you in regards to my daughter's 'Jesus Loves Me' mask that she was made to remove and replace Tuesday 10/13/2020. My friend spoke highly of you and that you were a 'fine Christian man'. I'm sure you have seen or heard of the issue; Dr Woodall let me know that she was forwarding my email to her and Greg Paes to Central Office. And even after I requested kindly that Lydia return to wearing her own mask; I picked my child up with her wearing the replacement mask. When Dr Woodall called earlier that day, we were having issues finding exactly where this was in violation of any rules in the handbook other than my daughters religious liberties and freedom of speech (which I found after the call). I need to understand how my daughter, or any child for that matter, is in violation of handbook rules for representing their faith without pressuring others? Lydia has worn this mask multiple times; worn t-shirts; i've seen other children wear 'words' on their mask; crosses; tshirts with it....why is this an issue? how is this disturbing education other than my child being hunted down to verify she was wearing her Jesus mask again after they were notified of my PRIVATE FB post last Thursday-(a matter I was hoping was a one time incident)? Dr Woodall assured me that my child was not singled out....but I'd like to know whether or not staff regularly go around classroom to classroom checking for 'words' on masks? Especially for a specific child; with a specific mask. I am incredibly saddened and very disturbed that our small town has entered into this

madness.  You and I, both as Christians, can agree that Christians are being prosecuted and our faith is being put to the test.  All I ask is for the district to apologize to my child; for making her feel like representing her faith is wrong; and allow her to wear her very un-offensive and positive belief if she so chooses without it being an ordeal.  You can ask anyone around that knows us personally; Lydia loves her JESUS and He loves her as the mask states!  If you would like to call to discuss, that would be fine, I emailed because I find it easier to align my thoughts accurately especially with this rather unnerving ordeal.

Respectfully,

Jennifer Booth
601-942-8545
or my husband
Matthew Booth
601-421-1924

The foregoing electronic message and any files transmitted with it are confidential and are intended only for the use of the intended recipient named above. This communication may contain material protected by the Family Educational Rights and Privacy Act (FERPA). If you are not the intended recipient, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this electronic message in error, please notify us immediately at 6018478000
Simpson County School District, 111 Education Lane, Mendenhall, MS  39114 http://www.simpson.k12.ms.us