# EXHIBIT 10

(601)847-8000 Office     *Simpson County School District*     **Superintendent**

(601)847-8001 Fax     111Education Lane     Greg Paes

Mendenhall, MS 39114

October 15, 2020

TO: Parents, Students, and Staff

FROM: Mr. Greg Paes, Superintendent
          Simpson County School District

RE: **Statement Regarding Wearing Mask**

Dear Parents, Students, and Staff:

The Simpson County School District does not discriminate on the basis of race, color, national origin, sex, religion, disability, marital status or age in admission or access to, or treatment of employment in, its programs or activities. It is the intent of the Simpson County School District to comply with both the letter and the spirit of the law in making certain discrimination does not exist in its policies, regulations and operations.

We will continue to expect all students and staff to wear a mask at all times in common areas to help prevent the spread of the Coronavirus. Masks cannot display political, religious, sexual or any inappropriate symbols, gestures or statements that may be offensive, disruptive or deemed distractive to the school environment. This expectation was outlined in our restart plan and is **specific to masks only.** The principal and Superintendent will be the final authority on the appropriateness of any mask worn to school. Wearing school colors, the school mascot or simply having a blank mask is encouraged. We appreciate your understanding and compliance with these expectations.

Sincerely,

*Greg Paes*

Greg Paes
Superintendent

*Believe, Achieve, Succeed-Every Day!*