**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **L.B.**, by and through her parents and guardians, Michael Booth and Jennifer Booth,<br><br>*Plaintiff,*<br><br>v.<br><br>**SIMPSON COUNTY SCHOOL DISTRICT**; the **BOARD OF EDUCATION OF SIMPSON COUNTY, MISSISSIPPI**; **GREG PAES**, Superintendent of the Simpson County School District, in his official and individual capacities; **ROBERT SANDERS**, Assistant Superintendent of the Simpson County School District, in his official and individual capacities; and **ANTOINETTE WOODALL**, Principal of Simpson Central School, in her official and individual capacities,<br><br>*Defendants.* | Case No. 3:20-cv-704-HTW-LRA |

**NOTICE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff hereby gives notice that a hearing on the motion for preliminary injunction has been set for Monday, December 14, 2020 at 9:30 AM CST before Judge Henry T. Wingate. The hearing will be held in person at the Thad Cochran United States Courthouse, 501 E. Court Street, Courtroom 6A, Jackson, MS, 39201.

Respectfully submitted this 16th day of November, 2020.

*s/ Tyson C. Langhofer*

Tyson C. Langhofer*
KS Bar No. 19241
Michael R. Ross**
TN Bar No. 035304
ALLIANCE DEFENDING FREEDOM
20116 Ashbrook Pl., Ste. 250
Ashburn, VA 20147
Telephone:  (571) 707-4655
Facsimile:  (571) 707-4656
tlanghofer@ADFlegal.org
mross@ADFlegal.org

P. Sharkey Burke, Jr.
MS Bar No. 10436
ANDERSON CRAWLEY &
BURKE, PLLC
216 Draperton Court
Ridgeland, MS 39157
Telephone:  (601) 707-8795
Facsimile:  (601) 707-8801
sburke@acblaw.com

1

David A. Cortman*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Facsimile: (700) 339-6744
dcortman@ADFlegal.org

*Attorneys for Plaintiff*

*\*Admitted Pro Hac Vice*
*\*\*Pro Hac Vice application pending*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically filed the foregoing using the CM/ECF system, emailed same to Wesla Ann Sullivan at wsleech@comcast.net, and mailed the same on November 16, 2020 via U.S. Postal Service, First Class, to the following non-ECF participants:

Wesla Ann Sullivan
Attorney for Board of Education of Simpson County
P.O. Box 575
Mendenhall, MS 39114-0575

Additionally, I hereby certify that the foregoing was mailed on November 16, 2020 via U.S. Postal Service, First Class, to the following five defendants:

1 - Simpson County School District
2 - Board of Education of Simpson County
3 - Greg Paes, Superintendent
4 - Robert Sanders, Assistant Superintendent
5 - Antoinette Woodall, Principal
111 Education Lane
Mendenhall, MS 39114

Dated: November 13, 2020

s/ Tyson C. Langhofer
Tyson C. Langhofer*
KS Bar No. 19241
ALLIANCE DEFENDING FREEDOM
20116 Ashbrook Pl., Ste. 250
Ashburn, VA 20147
Telephone:  (571) 707-4655
Facsimile:  (571) 707-4656
tlanghofer@ADFlegal.org

*Admitted Pro Hac Vice
Counsel for Plaintiff