## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**L.B.,** by and through her parents and guardians, Michael Booth and Jennifer Booth                          **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 3:20-CV-704-HTW-LGI**

**SIMPSON COUNTY SCHOOL DISTRICT;**
**the BOARD OF EDUCATION OF**
**SIMPSON COUNTY, MISSISSIPPI;**
**GREG PAES;** Superintendent of the Simpson County School District, in his official and individual capacities;
**ROBERT SANDERS,** Assistant Superintendent of the Simpson County School District, in his official and individual capacities; and
**ANTOINETTE WOODALL,** Principal of Simpson Central School, in her official and individual capacities                                                           **DEFENDANTS**

## ORDER

Before this court are the *Joint Motion to Stay All Deadlines* [Docket no. 23] and Plaintiff's *Unopposed Motion to Extend Time to File Rebuttal and Withdrawing Motion to Stay* [Docket no. 24]. On December 2, 2020, the parties filed their Joint Motion, informing this court that the parties have reached an agreement to settle this action. The parties, by way of their motion [Docket no. 23], requested this court stay all pending deadlines while they prepared and the proper settlement documents.

Later the same day, December 2, 2020, Plaintiff filed a second motion, informing this court that "after further discussions with the Defendants' counsel this afternoon, the parties have determined that a settlement might be infeasible at this time." [Docket no. 24, p. 1].

Accordingly, Plaintiff withdrew the motion to stay proceedings. [Docket no. 24]. Plaintiff further requested a 6-day extension to file her rebuttal brief supporting Plaintiff's Motion for Preliminary Injunction[1]. Defendants had no objection to Plaintiff's motion to extend time or the request to withdraw the earlier motion to stay proceedings.

On December 10, 2020, Plaintiff withdrew her motion for a preliminary injunction and requested a status conference [Docket no. 26]. United States Magistrate Judge Lakeysha Greer Isaac granted Plaintiff's request an held a status conference in this matter on January 19, 2021 [See ECF Docket Entry dated 01/19/2021].

This court, having considered the parties' requests, GRANTS Plaintiff's Unopposed Motion to Withdraw Motion to Stay **[Docket no. 24]**. Plaintiff withdrew her motion for preliminary injunction; therefore, Plaintiff's request for additional time to file a rebuttal brief in support of her motion is moot. This court further DISMISSES the Joint Motion to Stay All Deadlines **[Docket no. 23]**, in light of the parties' decision to withdraw their request for a stay.

SO ORDERED, this the 3rd day of May, 2021.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

---

[1] See Docket no. 16.