IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **L.B.,** by and through her parents and guardians, Michael Booth and Jennifer Booth | **PLAINTIFF** |
| V. | CIVIL ACTION NO. 3:20-CV-704-HTW-LGI |
| **SIMPSON COUNTY SCHOOL DISTRICT;** the **BOARD OF EDUCATION OF SIMPSON COUNTY, MISSISSIPPI;** **GREG PAES;** Superintendent of the Simpson County School District, in his official and individual capacities; **ROBERT SANDERS,** Assistant Superintendent of the Simpson County School District, in his official and individual capacities; and **ANTOINETTE WOODALL,** Principal of Simpson Central School, in her official and individual capacities | **DEFENDANTS** |

## ORDER

On October 21, 2021, this court held a Motion Hearing on the *Defendants' Joint Motion to Enforce Settlement* **[Docket no. 32]**. During the hearing, this court heard oral arguments from both sides. Plaintiff's attorney, Hon. Michael R. Ross, presented two new cases during his oral argument for this court's consideration: *Gulf Coast Hospice LLC v. LHC Group Inc.*, 273 So. 3d 721 (Miss. 2019); and *WRH Properties, Inc. v. Est. of Johnson*, 759 So. 2d 394 (Miss. 2000).

Defendants' attorney, Hon. Christy V. Malatesta, requested a period of one (1) week to review the Plaintiff's new submissions and file a response brief. This court, noting that Plaintiff failed to include these newly named authorities in her memorandum briefs, granted Defendants' request.

IT IS THEREOFRE ORDERED that Defendants are granted one (1) week to submit their brief in response (not to exceed two pages) to the Plaintiff's new arguments in opposition to Defendants' motion to enforce settlement. Defendants' response brief shall be due on or before October 28, 2021.

Plaintiff, thereafter, is granted three (3) days to submit her reply (not to exceed two pages) to Defendants' response brief. This reply brief shall be due on or before October 31, 2021.

SO ORDERED, this the 21st day of October, 2021.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE