IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

L.B., a minor by and through her parents and
natural guardians, Matthew Booth and
Jennifer Booth                                                                                              PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:20-cv-704-HTW-LGI

SIMPSON COUNTY SCHOOL DISTRICT;
the BOARD OF EDUCATION OF SIMPSON
COUNTY, MISSISSIPPI, GREG PAES,
Superintendent of the Simpson County School
District, in his official and individual capacities;
ROBERT SANDERS, Assistant Superintendent
of the Simpson County School District, in his
official and individual capacities; and
ANTOINETTE WOODALL, Principal of
Simpson Central School in her official and
individual capacities                                                                                      DEFENDANTS

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, Christy V. Malatesta, of the law firm of Daniel Coker Horton & Bell, P.A. and asks the Court for leave to withdraw as counsel for the Defendants Simpson County School District, Board of Education of Simpson County, Greg Paes, Robert Sanders and Antoinette Woodall and to substitute M. James Weems of the law firm of Daniel Coker Horton & Bell, P.A., as counsel of record for the Defendants. Attorney Malatesta is leaving her employment with Daniel Coker Horton & Bell, P.A. effective December 17, 2021.

WHEREFORE, PREMISES CONSIDERED, the undersigned requests the Court to grant this motion and issue an Order authorizing the withdrawal of Christy V. Malatesta from any further responsibility for the representation of the Defendants, and the substitution of M. James Weems as counsel for the Defendants.

DATED: December 2, 2021.

>Respectfully submitted,
>
>SIMPSON COUNTY SCHOOL DISTRICT, BOARD OF EDUCATION OF SIMPSON COUNTY, GREG PAES, ROBERT SANDERS AND ANTOINETTE WOODALL
>
>BY: /s/*Christy V. Malatesta*
>       OF COUNSEL

CHRISTY V. MALATESTA - MS BAR NO. 103270
cmalatesta@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: 601-969-7607
FACSIMILE: 601-969-1116