IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

L.B., a minor by and through her parents
and natural guardians, MATTHEW BOOTH and
JENNIFER BOOTH                                                                           PLAINTIFFS

vs.                                                       CIVIL ACTION No.: 3:20-CV-704-HTW-LGI

SIMPSON COUNTY SCHOOL DISTRICT, ET AL                               DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion to Compel Discovery [56] filed on July 7, 2022. The Court, having considered the motion, finds that the motion shall be held in abeyance pending court-assisted efforts to resolve discovery dispute.

ACCORDINGLY, the parties are directed to confer regarding an appropriate protocol for search of electronically stored information. The parties shall create an agreed upon written protocol for search of Defendants' ESI no later than August 15, 2022. Defendants shall conduct ESI search in accordance with written protocol and provide Plaintiff with search results no later than September 15, 2022. Following review of the requested information, Plaintiff shall contact the court by September 30, 2022 with any requests for a follow-up conference.

SO ORDERED this the 3rd day of August, 2022.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE