IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **L.B.**, a minor by and through her parents and natural guardians, Matthew Booth and Jennifer Booth,<br><br>                                              *Plaintiff,*<br>VS.<br><br>**SIMPSON COUNTY SCHOOL DISTRICT**; the **BOARD OF EDUCATION OF SIMPSON COUNTY**, **MISSISSIPPI**, **GREG PAES**, Superintendent of the Simpson County School District, in his official and individual capacities; **ROBERT SANDERS**, Assistant Superintendent of the Simpson County School District, in his official and individual capacities; and **ANTOINETTE WOODALL**, Principal of Simpson Central School in her official and individual capacities,<br><br>                                              *Defendants.* | CIVIL ACTION NO.:<br>3:20-cv-704-HTW-LGI |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the Plaintiff and Defendants and jointly stipulate to the dismissal of this action. In support thereof, the parties state as follows:

1. The parties have reached a resolution in this case that resolves all claims.

2. The parties stipulate that this lawsuit should be dismissed with prejudice.

3. This is not a class action lawsuit, no receiver has been appointed, and no federal statute that requires a court order for dismissing a case governs this lawsuit.

4. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

Respectfully submitted on the 25th day of January, 2023.

<table>
<tr><td>

*s/ Timothy M. Peeples*
Timothy M. Peeples
MS Bar No. 103270
DANIEL COKER HORTON & BELL, P.A.
4400 Old Canton Road, Suite 400
Post Office Box 1084
Jackson, MS 39215-1084

*Counsel for Defendants*

</td><td>

*s/ Tyson C. Langhofer*
Tyson C. Langhofer*
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, VA 20176
Telephone:  (571) 707-4655
Facsimile:   (571) 707-4656
tlanghofer@ADFlegal.org

David A. Cortman*
Florida Bar No. 18433
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Ste. D-1100
Lawrenceville, GA 30043
Telephone:  (770) 339-0774
Facsimile:   (770) 339-6744
dcortman@ADFlegal.org

P. Sharkey Burke, Jr.
MS Bar No. 10436
Anderson Crawley & Burke, PLLC
216 Draperton Court
Ridgeland, MS 39157
Telephone:  (601) 707-8795
Facsimile:   (601) 707-8801
sburke@acblaw.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

</td></tr>
</table>